**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Central_____ District of California
                        (State)

Case number (*If known*): _____ Chapter _7____

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☒ Chapter 7
☐ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**

Stewart Homes Inc.

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

5 Star Homes

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

3 3 - 0 7 6 6 4 7 6 _ _ _ _
EIN

**5. Debtor's address**

**Principal place of business**

11810 Beach Blvd
Number    Street

_____

Stanton              CA   90680
City                             State   ZIP Code

Orange
County

**Mailing address, if different**

_____
Number    Street

_____
P.O. Box

_____
City                       State   ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____

_____
City                       State   ZIP Code

Debtor    **Stewart Homes, Inc.**    Case number (*if known*)_____
_____
Name

| | | |
|---|---|---|
| **6.** | **Debtor's website** (URL) | https://5starhomes.com/ |

| | | |
|---|---|---|
| **7.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| **8.** | **Type of debtor's business** | *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☒ None of the types of business listed. |
| | | ☐ Unknown type of business. |

| | | |
|---|---|---|
| **9.** | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☒ No |
| | | ☐ Yes. Debtor _____ Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | | MM / DD / YYYY |
| | | Debtor _____ Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | | MM / DD / YYYY |

**Part 3:    Report About the Case**

| | | |
|---|---|---|
| **10.** | **Venue** | *Check one:* |
| | | ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **11.** | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked*: |
| | | ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| **12.** | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No |
| | | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor  STEWART HOMES, INC.,
_____
Name

Case number (if known)_____

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Capital (360) Inc. | Money Loaned | $ 5,560,209.87 |
| Mobile Direct LLC | Money Loaned | $ 30,741,403.00 |
| Mobile Direct 2 LLC | Money Loaned | $ 5,507,275.00 |
| | Total of petitioners' claims | $ 41,808,888 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:  Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Capital (360) Inc.
Name

27068 La Paz Rd Suite 292
Number   Street

Aliso Viejo         CA        92656
City               State     ZIP Code

Name and mailing address of petitioner's representative, if any

Frank Arlasky - President
Name

27068 La Paz Rd Suite 292
Number   Street

Aliso Viejo         CA        92656
City               State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10-6-23
             MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

**Attorneys**

William J. Wall
Printed name

Wall & Son
Firm name, if any

26895 Aliso Creek Rd. #B-110
Number   Street

Aliso Viejo         CA        92656
City               State     ZIP Code

Contact phone  949-387-4300   Email  wwall@wall-law.com

Bar number  203970

State  California

X _____
Signature of attorney

Date signed  10/07/23
             MM / DD / YYYY

Debtor  STEWART HOMES, INC.,  
Name

Case number (if known) _____

---

**Name and mailing address of petitioner**

Mobile Direct LLC  
Name

2000 Mallory Lane, Suite 290  
Number    Street

Franklin    TN    37067  
City    State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

Donald D. Burke, Jr. - Managing Member  
Name

2000 Mallory Lane, Suite 290  
Number    Street

Franklin    TN    37067  
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/07/2023  
MM / DD / YYYY

x _/s/ DDB_  
Signature of petitioner or representative, including representative's title

---

William J. Wall  
Printed name

Wall & Son  
Firm name, if any

26895 Aliso Creek Rd. #B-110  
Number    Street

Aliso Viejo    CA    92656  
City    State    ZIP Code

Contact phone 949-387-4300    Email wwall@wall-law.com

Bar number 203970

State California

x _/s/ William J. Wall_  
Signature of attorney

Date signed 10/07/23  
MM / DD / YYYY

---

**Name and mailing address of petitioner**

Mobile Direct 2 LLC  
Name

2000 Mallory Lane, Suite 290  
Number    Street

Franklin    TN    37067  
City    State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

Donald D. Burke, Jr. - Managing Member  
Name

2000 Mallory Lane, Suite 290  
Number    Street

Franklin    TN    37067  
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/07/2023  
MM / DD / YYYY

x _/s/ DDB_  
Signature of petitioner or representative, including representative's title

---

William J. Wall  
Printed name

Wall & Son  
Firm name, if any

26895 Aliso Creek Rd. #B-110  
Number    Street

Aliso Viejo    CA    92656  
City    State    ZIP Code

Contact phone 949-387-4300 Email wwall@wall-law.com

Bar number 203970

State California

x _/s/ William J. Wall_  
Signature of attorney

Date signed 10/07/23  
MM / DD / YYYY