1  James E. Till (Bar No. 200464)
2  John P. Schafer (Bar No. 205638)
   TILL LAW GROUP
3  120 Newport Center Drive
   Newport Beach, CA 92660
4  Telephone: 949-524-4999
   Email: james.till@till-lawgroup.com
5  Email: jps@till-lawgroup.com

6  Attorneys for Encinitas Ltd.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA –SANTA ANA DIVISION

| In re: | Case No. 8:23-bk-12060-TA |
|---|---|
| STEWART HOMES INC., dba 5 STAR HOMES | Chapter 7 |
| Alleged Debtor | **NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR SPECIAL NOTICE** |
| | No Hearing Required |

**TO THE CLERK OF THE BANKRUPTCY COURT, THE DEBTOR, THE ALLEGED DEBTOR'S COUNSEL OF RECORD, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL OTHER PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that the undersigned attorney appears as counsel for creditor Encinitas Ltd. (the "Creditor"), and pursuant to, *inter alia,* Federal Bankruptcy Rules 2002 and 9007 and §1109(b) of the Bankruptcy Code, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be provided to and served upon the undersigned.

PLEASE TAKE FURTHER NOTICE that pursuant to §1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any and all other orders and notices of application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted by or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interests of any creditor or party-in-interest in this case, with regards to: (a) the debtor; (b) property of the estate, or proceeds thereof, in which the debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment, or other conduct by the Creditor.

Dated: May 22, 2024            TILL LAW GROUP


By:    /s/ *James E. Till*
      James E. Till
      John P. Schafer
Attorneys for Creditor Encinitas Ltd.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Apperance and Request for Special Notice has been furnished electronically via the Court's CM/ECF system to all persons registered to receive eletronic notice on this 22nd[th] day of May, 2024.

    /s/ *James E. Till*
James E. Till, Esq.
TILL LAW GROUP
Counsel for Creditor Encinitas Ltd.