Marc C. Forsythe - State Bar No. 153854
Charity J. Manee – State Bar No. 286481
**GOE FORSYTHE & HODGES LLP**
17701 Cowan, Suite 210, Building D
Irvine, CA 92614
mforsythe@goeforlaw.com
cmanee@goeforlaw.com

Telephone: (949) 798-2460
Facsimile: (949) 955-9437

Attorneys for Alleged Debtor Stewart Homes Inc. dba 5 Star Homes

**FILED & ENTERED**

JUL 12 2024

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY deramus DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>STEWART HOMES INC., dba 5 STAR HOMES,<br><br>Alleged Debtor. | Case No. 8:23-bk-12060-TA<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION BETWEEN THE ALLEGED DEBTOR AND PETITIONING CREDITORS TO CONTINUE MOTION CUTOFF DATE AND PRE-TRIAL CONFERENCE**<br><br>**Current Pre-Trial Conference**<br><br>Date: August 1, 2024<br>Time: 11:00 a.m.<br>Ctrm: 5B<br>Location: 411 West Fourth Street<br>          Santa Ana, CA 92701<br><br>**Continued Pre-Trial Conference**<br><br>Date: December 5, 2024<br>Time: 11:00 a.m.<br>Ctrm: 5B<br>Location: 411 West Fourth Street<br>          Santa Ana, CA 92701 |

The Court having reviewed the Stipulation to Continue Motion Cutoff Date And Pre-Trial Conference, ("Stipulation") and good cause appearing,

IT IS ORDERED:

1. The Stipulation is approved;

2. The last day to serve discovery is continued to July 31, 2024;

3. The last day to file Pre-Trial Motions (which includes any discovery motions) is continued to October 21, 2024; and

4. The Pre-Trial Conference is continued to December 5, 2024 at 10:00 a.m.

###

Date: July 12, 2024

Theodor C. Albert
United States Bankruptcy Judge

2