Marc C. Forsythe - State Bar No. 153854
Charity J. Manee – State Bar No. 286481
**GOE FORSYTHE & HODGES LLP**
17701 Cowan, Suite 210, Building D
Irvine, CA 92614
mforsythe@goeforlaw.com
cmanee@goeforlaw.com

Telephone:  (949) 798-2460
Facsimile:   (949) 955-9437

Attorneys for Alleged Debtor Stewart Homes Inc. dba 5 Star Homes

**FILED & ENTERED**

**FEB 12 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY deramus  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>STEWART HOMES INC., dba 5 STAR HOMES,<br><br>Alleged Debtor. | Case No. 8:23-bk-12060-TA<br><br>Chapter 7<br><br>**ORDER GRANTING MOTION TO DISMISS INVOLUNTARY PETITION PURSUANT TO 11 U.S.C. SECTION 303(J)(2)**<br><br>**Hearing Date**<br><br>Date:     January 28, 2025<br>Time:    11:00 a.m.<br>Ctrm:    5B<br>Location: 411 West Fourth Street<br>              Santa Ana, CA 92701 |

1

The Motion to Dismiss Involuntary Petition Pursuant to 11 U.S.C. Section 303(J)(2) (the "Motion") [Docket No. 77], came on for hearing before this Court on January 28, 2025 at 11:00 a.m. Marc C. Forsythe appeared on behalf of alleged chapter 7 Debtor, Stewart Homes Inc., dba 5 Star Homes. No other appearances were made. No opposition to the Motion was filed.

After considering all papers filed in support of the Motion and oral arguments thereon, good cause appearing, the Court hereby ORDERS as follows:

1. The Motion is GRANTED.

###

Date: February 12, 2025

Theodor C. Albert
United States Bankruptcy Judge

2